PROB 12C
(6/16)

Report Date: December 10, 2020

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 10, 2020

SEAN F. McAVOY, CLERK

Name of Offender: Vernon Mason Saulque, Jr.        Case Number: 0980 2:13CR00136-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: September 3, 2014

Original Offense:   Assault with a Dangerous Weapon in Indian Country, 18 U.S.C. §§ 1153(a) and 113(a)(3)

Original Sentence:   Prison - 84 months            Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:   U.S. Attorney Office         Date Supervision Commenced: April 27, 2020

Defense Attorney:      Federal Defender Officer     Date Supervision Expires: April 26, 2023

---

### PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: On November 30, 2020, it is alleged that Mr. Saulque violated the terms of his supervised release by committing the offense of driving reckless, a direct violation of mandatory condition number 2.<br><br>Mr. Saulque's conditions of supervised release were reviewed with him on April 29, 2020. He acknowledged an understanding of his conditions, which includes mandatory condition number 2.<br><br>On November 30, 2020, per Colville Tribal Police Department (CTPD) incident report 20-1635, a CTPD officer clocked a vehicle traveling 78 miles per hour in which the posted speed limit was 60 miles per hour. The CTPD officer, in his fully marked police vehicle, subsequently activated his emergency siren in an attempt to catch up to the vehicle. The CTPD officer observed the vehicle continue to pass other vehicles at a high rate of speed, and the CTPD officer noted he reached a speed of 100 miles per hour to catch the vehicle. The vehicle ultimately stopped and the driver was later identified as Mr. Vernon Saulque. Mr. Saulque informed the CTPD officer he was aware his driver's license was expired, and he |

Prob12C
Re: Saulque, Jr., Vernon Mason
December 10, 2020
Page 2

was cited and released for driving reckless.

2   **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer

**Supporting Evidence**: On November 30, 2020, it is alleged Mr. Saulque violated his terms of supervised release, as he was contacted and questioned by law enforcement, and that he has thus far, failed to report this contact to his probation officer within 72 hours, a direct violation of standard condition number 11.

Mr. Saulque's conditions of supervised release were reviewed with him on April 29, 2020. He acknowledged an understanding of his conditions, which includes standard condition number 11.

On November 30, 2020, per CTPD incident report 20-1635, Mr. Saulque was questioned by CTPD officers, in which he was cited and released for the charge of driving reckless. Mr. Saulque failed to report this law enforcement contact to his probation officer within 72 hours.

3   **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.

**Supporting Evidence**: It is alleged that Mr. Saulque violated the terms of his supervised release by failing to report to his probation officer, as directed, on November 17, 2020, a direct violation of standard condition number 2.

Mr. Saulque's conditions of supervised release were reviewed with him on April 29, 2020. He acknowledged an understanding of his conditions, which includes standard condition number 2.

On November 13, 2020, the undersigned last spoke with Mr. Saulque, and he was directed to contact the undersigned via telephone on November 17, 2020. Mr. Saulque failed to contact the undersigned, as instructed, on November 17, 2020, and subsequent attempts by the undersigned to contact Mr. Saulque, and his alternate contact, have been unsuccessful. Mr. Saulque's whereabouts are currently unknown and he appears to be evading supervision.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 10, 2020

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
**Re: Saulque, Jr., Vernon Mason**
**December 10, 2020**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

12/10/2020
Date