PROB 12C
(6/16)

Report Date: January 6, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 06, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Vernon Mason Saulque, Jr.    Case Number: 0980 2:13CR00136-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: September 3, 2014

Original Offense:    Assault with a Dangerous Weapon in Indian Country, 18 U.S.C. §§ 1153(a) and 113(a)(3)

Original Sentence:    Prison - 84 months            Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:    Michael James Austin Ellis    Date Supervision Commenced: April 27, 2020

Defense Attorney:    Federal Defender Office    Date Supervision Expires: April 26, 2023

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/10/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On January 1, 2021, it is alleged Mr. Saulque violated the terms of his supervised release by committing the offenses of two counts of battery, obstructing a governmental function, and attempted injury to public property, a direct violation of mandatory condition number 2. |
| | Mr. Saulque's conditions of supervised release were reviewed with him on April 29, 2020. He acknowledged an understanding of his conditions, which includes mandatory condition number 2. |
| | On January 1, 2021, per the criminal complaint filed in Colville Confederated Tribal Court case CR-2021-44000, Mr. Saulque wilfully struck his sister with a closed fist while she was driving a motor vehicle. Thereafter, Mr. Saulque's other sister attempted to intervene, in which she was then hit in the face by Mr. Saulque. Eventually, Mr. Saulque exited the vehicle while his sisters drove off, and he was ultimately arrested for two counts of battery |

Prob12C
Re: Saulque, Vernon Mason
January 6, 2021
Page 2

and on an outstanding warrant. Upon Mr. Saulque's arrest, he became uncooperative, both en route and inside the Colville Tribal correctional facility. Specifically, Mr. Saulque kicked the rear passenger window of a patrol vehicle and also attempted to break the window on the door of the holding cell, which constitutes public property of the Colville Tribe and/or the United States. As of this writing, Mr. Saulque is being held on a $5,000 bond on the aforementioned charges.

5   **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On June 28, 2020, it is alleged Mr. Saulque violated the terms of his supervised release by committing the offense of physical control of vehicle under the influence, a direct violation of mandatory condition number 2.

Mr. Saulque's conditions of supervised release were reviewed with him on April 29, 2020. He acknowledged an understanding of his conditions, which includes mandatory condition number 2.

On June 28, 2020, at approximately 2:10 a.m., per the criminal complaint filed in Colville Confederated Tribal Court case CR-2020-43140, an officer with the Colville Tribal Police Department (CTP) was advised there was a vehicle in a ditch, and that the vehicle engine was running with the lights on. Mr. Saulque was observed as the lone occupant in the driver seat of the vehicle. Upon contact, the CTP officer and another female on site attempted to shut the vehicle off. The offender was uncooperative and kept passing out. The CTP officer attempted to wake Mr. Saulque up by conducting a sternum rub. The CTP officer observed an extreme odor of intoxicants emitting from Mr. Saulque's person, and he was further unable to speak clearly and maintain his balance. Mr. Saulque was ultimately arrested, and due to his severely intoxicated and uncooperative state, a search warrant was granted and he was transported to Coulee Medical Center for a blood draw and medical clearance.

6   **Special Condition # 17**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer) as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged Mr. Saulque violated the terms of his supervised release by consuming alcohol on or about June 28, 2020, a direct violation of special condition number 17.

Mr. Saulque's conditions of supervised release were reviewed with him on April 29, 2020. He acknowledged an understanding of his conditions, which includes special condition number 17.

On June 28, 2020, per the criminal complaint filed in Colville Confederated Tribal Court case CR-2020-43140, a CTP officer observed an extreme odor of intoxicants emitting from Mr. Saulque's person, and he was further unable to speak clearly and maintain his balance. The criminal complaint states Mr. Saulque was observed consuming liquor on or about June 28, 2020.

Prob12C
**Re: Saulque, Vernon Mason**
**January 6, 2021**
Page 3

| | | |
|---|---|---|
| 7 | | **Standard Condition # 11**: the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. |

        **Supporting Evidence**: On June 28, 2020, it is alleged Mr. Saulque violated his conditions of supervised release as he was arrested and he failed to notify his probation officer within 72 hours of this arrest, a direct violation of standard condition number 11.

        Mr. Saulque's conditions of supervised release were reviewed with him on April 29, 2020. He acknowledged an understanding of his conditions, which includes standard condition number 11.

        On June 28, 2020, per the criminal complaint filed in Colville Confederated Tribal Court case CR-2020-43140, Mr. Saulque was arrested for physical control of vehicle under the influence. Mr. Saulque never notified U.S. Probation of this, despite having the opportunity to do so on multiple occasions.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  01/06/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

1/6/2021
Date