PROB 12C
(6/16)

Report Date: June 14, 2021

## United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 14, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Vernon Mason Saulque   Case Number: 0980 2:13CR00136-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: September 3, 2014

| | | |
|---|---|---|
| Original Offense: | Assault with a Dangerous Weapon in Indian Country, 18 U.S.C. §§ 1153(a) and 113(a)(3) | |
| Original Sentence: | Prison - 84 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation sentence: (05/20/2021) | Prison - 143 days<br>TSR -18 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: May 24, 2021 |
| Defense Attorney: | J. Houston Goddard | Date Supervision Expires: November 23, 2022 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #6**: You must allow the probation officer to visit you at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view. |
| | **Supporting Evidence**: On May 26, 2021, it is alleged that Mr. Saulque failed to allow his probation officer to visit him at his home, a direct violation of standard condition number 6. |
| | Mr. Saulque's conditions of supervised release were reviewed with him on May 25, 2021. He acknowledged an understanding of his conditions, which includes standard condition number 2. |
| | On May 25, 2021, the undersigned spoke with Mr. Saulque via telephone, in which the terms and conditions of his supervised release were reviewed. Mr. Saulque was informed that the undersigned would be traveling to his residence on May 26, 2021, to meet with him and further discuss a plan of action for Mr. Saulque's term of supervised release. Mr. Saulque acknowledged an understanding of this and informed the undersigned that he would be at his |

Prob12C
Re: Saulque, Vernon Mason
June 14, 2021
Page 2

    approved residence all day on May 26, 2021. On May 26, 2021, the undersigned arrived at Mr. Saulque's residence, in which his roommate informed the undersigned Mr. Saulque was not present at the home. The roommate was able to contact Mr. Saulque via telephone in which the undersigned was able to speak to Mr. Saulque. Mr. Saulque stated that he was in Grand Coulee, Washington, and he subsequently apologized for failing to notify the undersigned that he would not be present as planned on May 25, 2021.

2    **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

    **Supporting Evidence**: Mr. Saulque failed to report to his probation officer as instructed on June 2 and 9, 2021, a direct violation of standard condition number 2.

    Mr. Saulque's conditions of supervised release were reviewed with him on May 25, 2021. He acknowledged an understanding of his conditions, which includes standard condition number 2.

    On May 26, 2021, after Mr. Saulque was not present at his residence as directed, he was instructed to report to the U.S. Probation Office on June 2, 2021. On June 2, 2021, Mr. Saulque failed to show to the U.S. Probation Office as instructed, nor did he contact the undersigned in any manner. The undersigned attempted to contact Mr. Saulque on multiple occasions without success until June 7, 2021, in which he was then instructed to report to the U.S. Probation Office on June 9, 2021. On June 9, 2021, Mr. Saulque failed to report to the U.S. Probation Office as instructed, nor did he contact the undersigned in any manner. On June 9, 2021, the undersigned was able to speak with Mr. Saulque's roommate in which she stated that Mr. Saulque was inconsistently staying at his approved residence and that she would inform Mr. Saulque to contact the undersigned the next time she speaks to him. As of this writing Mr. Saulque has failed to contact the undersigned and attempts to contact Mr. Saulque have gone without success. His current whereabouts are unknown and he appears to be evading supervision.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/14/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
Re: Saulque, Vernon Mason
June 14, 2021
Page 3

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

6/14/2021

Date