PROB 12C
(6/16)

Report Date: September 30, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 30, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Vernon Mason Saulque, Jr.    Case Number: 0980 2:13CR00136-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: September 3, 2014

Original Offense:    Assault with a Dangerous Weapon in Indian Country, 18 U.S.C. §§ 1153(a) and 113(a)(3)

Original Sentence:    Prison - 84 months            Type of Supervision: Supervised Release
                      TSR - 36 months

Revocation sentence:    Prison - 143 days
(05/20/2021)            TSR -18 months

Asst. U.S. Attorney:    Earl A. Hicks            Date Supervision Commenced: May 24, 2021

Defense Attorney:    Federal Defenders Office    Date Supervision Expires: November 23, 2022

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/14/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers). |
| | **Supporting Evidence**: On or about September 29, 2021, it is alleged that Mr. Saulque violated the terms of his supervised release as he was in possession of and/or had access to a firearm and ammunition. |
| | Mr. Saulque's conditions of supervised release were reviewed with him on May 25, 2021. He acknowledged an understanding of his conditions, which includes standard condition number 10. |

Prob12C
**Re: Saulque, Jr., Vernon Mason**
**September 30, 2021**
**Page 2**

On September 29, 2021, per U.S. Marshals Service (USMS) report CC-2185-0929-1441-G, USMS deputies and officers with Colville Tribal Police were seeking Mr. Saulque who had an active arrest warrant, issued by the Honorable U.S. District Judge Peterson on June 14, 2021, in respect to violations of his supervised release. Report CC-2185-0929-1441-G indicates that Mr. Saulque was observed as a lone occupant in a vehicle with the engine running with his head down and he appeared to be passed out. Mr. Saulque was ultimately removed from the car, placed in handcuffs and arrested on the aforementioned warrant. A USMS deputy observed the barrel of a stainless-steel revolver in a jacket on the driver side seat to include live .22 rimfire cartridges in plain view of the driver's door handle. A USMS deputy removed the revolver from the jacket and unloaded the pistol. It contained seven live .22 rimfire cartridges and two spent cases. The handgun bore the masking "Sentinel Deluxe," and had two rows of numbers: 1987961 and R-107.

Report CC-2185-0929-1441-G references a conversation with a female who was identified as Mr. Saulque's girlfriend. The female indicated Mr. Saulque threatened her with the aforementioned handgun on September 27, 2021, to include firing the handgun into a bathroom where she and her son were attempting to hide from Mr. Saulque. A search of the vehicle was conducted with consent of Mr. Saulque's girlfriend who was the owner of the vehicle, in which further ammunition was located and bagged for evidence to be secured in the USMS evidence locker in Spokane, Washington.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/30/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
**Re: Saulque, Jr., Vernon Mason**
**September 30, 2021**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

9/30/2021
Date